**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SCOTT W. OUWELEEN,**

Plaintiff,

v. **Case No.: 8:26-cv-00279-MSS-AEP**

**CLERK CREDIT SYSTEMS, LLC**,

Defendant.
______________________________________/

**ORDER**

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Motion for Attorney's Fees and Costs. (Dkt. 15) On July 23, 2026, United States Magistrate Judge Anthony E. Porcelli issued a Report and Recommendation, (Dkt. 16), which recommended Plaintiff's Motion be granted in the amount of $1,925.00 in attorney fees and $470.00 in costs. The Parties have not objected to Judge Porcelli's Report and Recommendation, and the deadline for doing so has passed. Therefore, upon consideration of all relevant filings, case law, and being otherwise fully advised, the Court **GRANTS** Plaintiff's Motion for Attorney's Fees and Costs in the amount of $1,925.00 in attorney fees and $470.00 in costs.

In the Eleventh Circuit, a district judge may accept, reject, or modify the magistrate judge's report and recommendation after conducting a careful and complete review of the findings and recommendations. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982). A district judge "shall make a *de novo*

determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). Absent specific objections, there is no requirement that a district judge review factual findings *de novo,* Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED** that:

1. The Report and Recommendation, (Dkt. 16), is **CONFIRMED** and **ADOPTED** as part of this Order.
2. Plaintiff's Motion for Attorney's Fees, (Dkt. 15), is **GRANTED**.
3. Plaintiff is awarded attorney's fees in the amount of $1,925.00. Plaintiff is also awarded $470 in costs. The total sum awarded to Plaintiff is $2,395.00.

4. The Clerk is **DIRECTED** to enter a **FINAL DEFAULT JUDGMENT** in favor of Scott Ouweleen and against Clerk Credit Systems, LLC and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 20th day of August 2026.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person